UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-3628-GW-JCx | Date | January 6, 2023 |
|---|---|---|---|
| Title | *Sam Benford v. Guillermo P. Gonzalez, et al.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS :   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On January 6, 2023, Plaintiff Sam Benford filed a Notice of Settlement. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for February 9, 2023 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on February 8, 2023..

:

Initials of Preparer    JG